AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Nationwide Insurance Company of America

    Plaintiff,

V.

Elliot Walter,
Travis West

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-00743-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Defendants Elliot Walter and Travis West and against Plaintiff Nationwide Insurance Company of America. This case is dismissed for Declaratory Relief without prejudice per minute order #24.

12/2/2014          /s/ Lance S. Wilson

Date          Clerk

         /s/ D. Johnson

         (By) Deputy Clerk